UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　Plaintiff, | *<br>*<br>*<br>* | |
| v. | *<br>* | Civil Action No. 00-11141-JLT |
| SG LIMITED<br>d/b/a STOCKGENERATION,<br>　　　Defendant, | *<br>*<br>*<br>* | |
| and | *<br>* | |
| SG PERFECT LIMITED, SG TRADING LIMITED,<br>　　　Relief Defendants. | *<br>*<br>* | |

ORDER

January 25, 2001

TAURO, J.,

　　The court hereby orders that Defendants' Motion to Dismiss [30] is ALLOWED.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　／s／ Joseph L. Tauro
　　　　　　　　　　　　　　　　　　　　　United States District Judge