UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) Civil Action No. 00-11141-GAO <br> ) <br> SG LIMITED d/b/a STOCKGENERATION, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> SG PERFECT LIMITED and ) <br> SG TRADING LIMITED, ) <br> ) <br> Relief Defendants. ) <br> ) | |

## PLAINTIFF'S APPLICATION FOR APPOINTMENT OF RECEIVER AND APPROVAL OF DISTRIBUTION PLAN

Plaintiff Securities and Exchange Commission ("Commission") hereby applies for appointment of Richard J. Yurko, Esq. as a receiver and for approval of a plan to distribute the funds paid to the Registry of the Court on behalf of defendant SG Limited ("SG") and relief defendants SG Perfect Limited ("SG Perfect") and SG Trading Limited ("SG Trading") pursuant to the final judgment entered on May 29, 2003. A proposed form of Order for Appointment of Receiver and Approval of Distribution Plan is submitted herewith. In support of this application, the Commission states as follows:

1. The Commission filed this action on June 9, 2000, alleging that SG had engaged in the fraudulent offering of unregistered securities in connection with an Internet website called "StockGeneration" and, in particular, through the offering of "virtual shares" in a "virtual company" identified as "Company #9" or the "Privileged Company" whose share price was guaranteed to rise 10% per month.

2. On May 29, 2003, this Court entered a final judgment by consent. Pursuant to the final judgment, the sum of $850,558 was paid to the Registry of the Court on behalf of SG and the relief defendants as disgorgement. That figure represents the actual dollar loss suffered by investors in the Privileged Company, plus pre-judgment interest. In addition, the sum of $474,544 was paid to the Registry of the Court on behalf of SG as a civil penalty. Thus, the funds currently held by the Registry of the Court are in excess of $1.3 million.

3. The Commission now seeks the appointment of a receiver to distribute the funds to investors in the Privileged Company in accordance with the proposed plan of distribution ("Distribution Plan") submitted herewith. Courts have typically accorded the Commission wide discretion and deference in the development of plans to distribute disgorged funds. *See* SEC v. Wang, 944 F.2d 80, 88 (2nd Cir. 1991) (distribution decisions are "appropriately left to the experience and expertise of the SEC in the first instance"). The primary requirement is that such plans must be fair and reasonable. *Id.* at 85.

4. The proposed Distribution Plan is fair and reasonable. Under the Plan, all persons who lost $25 or more through an investment in the Privileged Company (as identified in a computer database maintained by SG) and who can be located through reasonable efforts will recover the full amount of their loss. (Because of the large number of persons who lost small

2

amounts on the Privileged Company and because of the administrative expense of locating and communicating with those persons, it would not be cost-effective to make distributions of less than $25.). The Receiver shall be compensated at an hourly rate for his services, with a maximum fee of $35,000. In addition, the Receiver shall be reimbursed for costs such as postage, mailing, overnight delivery, supplies, photocopying, long-distance telephone charges, bank charges, computer search charges, and tax preparation services. Any funds remaining after the distribution to investors, the payment of any necessary taxes, and the payment of the Receiver's fees and costs shall be paid to the Commission for forwarding to the United States Treasury.

5. The Commission requests that Richard J. Yurko, Esq. be appointed as Receiver. Mr. Yurko is the founding partner of the Boston litigation firm of Yurko & Salvesen, P.C. (A description of Mr. Yurko's qualifications and those of the firm is attached hereto as **Exhibit A.**) Mr. Yurko is a Massachusetts lawyer with more than twenty years of experience in complex commercial litigation. Mr. Yurko and other members of his firm have experience with the disbursement of litigation settlement funds. As a result, Mr. Yurko is well qualified to handle the duties of Receiver in this matter.

Wherefore, the Commission requests that the Court approve this application and enter an Order for Appointment of Receiver and for Approval of Distribution Plan in the form submitted herewith.

Respectfully submitted,

JUAN MARCEL MARCELINO
DISTRICT ADMINISTRATOR

By: _____
Frank C. Huntington (Mass. Bar No. 544045)
Senior Trial Counsel

David H. London (Mass. Bar No. 638289)
Senior Enforcement Counsel

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
73 Tremont Street, 6th Floor
Boston, MA  02108-3912
(617) 424-5900  ext. 201 (Huntington), ext. 667 (London)
(617) 424-5940  fax

Dated:   August 25, 2003