UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

SECURITIES AND EXCHANGE COMMISSION,
    Plaintiff,

v.

SG LIMITED d/b/a STOCKGENERATION,
    Defendant,

and

SG PERFECT LIMITED and SG TRADING LIMITED,
    Relief Defendants.

CIVIL ACTION
NO. 00-11141-GAO

---

## PROOF OF CLAIM

**DEADLINE FOR SUBMISSION: DECEMBER 1, 2003**

IF YOU ARE AN "ELIGIBLE CLAIMANT" AS DESCRIBED IN THE ACCOMPANYING NOTICE OF SETTLEMENT AND DEADLINE TO FILE PROOFS OF CLAIM, YOU MUST COMPLETE, SIGN AND SUBMIT THIS FORM BY THE DEADLINE IN ORDER TO RECEIVE ANY SETTLEMENT BENEFITS.

Name: JEFFREY (JP) DESCAMP

Address: 21 N 2ND ST.

City, State, Zip Code: KALAMAZOO MI 49009

Country: USA

Telephone No., with area code and, if outside U.S. or Canada, International Code: 269 353 7990 (US)

E-mail Address: JPAir@compuserve.com

Employer ID. or Social Security No.: 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

3 ITEMS OF PROOF ATTACHED



## Application for Foreign Transfer

**Directions:** Shaded areas for International Banking only.

Date: 1-11-00

| ORDERING BRANCH/BANK: Comerica Bank / Branch 524 | FX TRADER | | |
|---|---|---|---|
| SPOKE WITH / EXTENSION / TIME | VALUE DATE | | |
| ACCOUNT TO CHARGE: 4848 202513  DDA/SAVINGS: DDA  HOLD BY: AW | CURRENCY CODE: US | TRANSFER AMOUNT | 2500.— |
| FOREIGN PAYING BANK | SELLING RATE | X | |
| CITY / COUNTRY | SUBTOTAL U.S. EQUIVALENT | = | 2500.— |
| :20: TRANSACTION REFERENCE NO. | SERVICE CHARGE | + | 40.— |
| :53a: SENDER'S CORRESPONDENT / NO. | TOTAL COLLECTION FROM PURCHASER | = | 2540.— |

:50: ORDERING CUSTOMER: JEFFREY DESCAMP
ADDRESS: P.O. BOX 7213    CITY/STATE/ZIP: STURGIS MI 49091    PHONE NO: 616-651-1620

:57D: BENEFICIARY'S BANK: S(o PERFECT LIMITED, AIFA BANK L.T.D. LIMASSOL MAIN BRANCH
ADDRESS: JOHN KENNEDY 3    ACT # 115-15507-0601-6
CITY: LIMASSOL    COUNTRY: CYPRUS    SWIFT: ABKLCY2NXLIM

:59: BENEFICIARY: JEFFREY DESCAMP    ACCOUNT NO. # 0853216778
ADDRESS: PO BOX 7213
CITY: Sturgis MI 49091    COUNTRY: US.

:70: DETAILS OF PAYMENT (140 CHARACTERS MAXIMUM)

:72: BANK TO BANK INFORMATION

ADVISE BY PHONE AT: ____ ADVISE AND PAY ____ PAY ON APPLICATION ____

The undersigned agrees that the terms and conditions appearing on the reverse side of this form shall govern the rights and liabilities involved in this transaction.

_____ SIGNATURE OF APPLICANT          _____ AUTHORIZED SIGNATURE

 **Application for Foreign Transfer**

Date: 4-19-00

Directions: Shaded areas for International Banking only.

| Field | Value |
|---|---|
| ORDERING BRANCH/BANK | 436 |
| ACCOUNT TO CHARGE (DDA) | 4848202513 DDA |
| CURRENCY CODE | USD |
| TRANSFER AMOUNT | 1100.00 |
| SUBTOTAL U.S. EQUIVALENT | 1100.00 |
| SERVICE CHARGE | + 35.00 |
| TOTAL COLLECTION FROM PURCHASER | = 1135.00 |

:50: ORDERING CUSTOMER — Jeffrey DesCamp
PHONE NO. 616-651-6204
ADDRESS — 215½ N Maple St. #4  Sturgis MI 49091

:57D: BENEFICIARY'S BANK — EESTI ÜHISPANK (Union Bank of Estonia)
ADDRESS — Tornimäe 2, 15010 Tallinn, Estonia
CITY — Tallinn   COUNTRY — Estonia

:59: BENEFICIARY — SG Ltd.
ACCOUNT NO. # 102200087060 24
CITY — Tallinn   COUNTRY — Estonia

:70: DETAILS OF PAYMENT — SGID → SG# 0852216778 ←

The undersigned agrees that the terms and conditions appearing on the reverse side of this form shall govern the rights and liabilities involved in this transaction.

SIGNATURE OF APPLICANT ✓        AUTHORIZED SIGNATURE



## Application for Foreign Transfer

Date: 12 7 99

**Directions:** Shaded areas for International Banking only.

| Field | Value |
|---|---|
| ORDERING BRANCH/BANK | Comerica Bank / Branch 503 |
| SPOKE WITH / EXTENSION / TIME | |
| FX TRADER | |
| VALUE DATE | |
| ACCOUNT TO CHARGE | 4848-20251 3 |
| DDA/SAVINGS | DDA |
| HOLD BY | Sheila Baldwin |
| CURRENCY CODE | U S |
| TRANSFER AMOUNT | 2,500 00 |
| SELLING RATE | X |
| FOREIGN PAYING BANK | |
| CITY / COUNTRY | |
| SUBTOTAL U.S. EQUIVALENT | = 2500 00 |
| SERVICE CHARGE | + 25 00 |
| :20: TRANSACTION REFERENCE NO. | |
| :53a: SENDER'S CORRESPONDENT / NO. | |
| TOTAL COLLECTION FROM PURCHASER | = 2525 00 |

:50: ORDERING CUSTOMER: Jeffrey DesCamp
ADDRESS: PO Box 7213
CITY/STATE/ZIP: Sturgis, MI 49091
PHONE NO.: 616-651-1620

:57D: BENEFICIARY'S BANK: BG Perfect Limited / Kyprus Bank Ltd  Limassol Main Branch
ADDRESS: John Kennedy 3
Acct # 115-15867-0601(
CITY / COUNTRY: Limassol Cyprus
SWIFT: ABKLCY2NXLIM

:59: BENEFICIARY: Jeffrey DesCamp
ACCOUNT NO.: 0552216778
ADDRESS: PO Box 7213
CITY / COUNTRY: Sturgis MI 49091 USA

:70: DETAILS OF PAYMENT (140 CHARACTERS MAXIMUM)

:72: BANK TO BANK INFORMATION

ADVISE BY PHONE AT: _____ ADVISE AND PAY _____ PAY ON APPLICATION _____

The undersigned agrees that the terms and conditions appearing on the reverse side of this form shall govern the rights and liabilities involved in this transaction.

_____ SIGNATURE OF APPLICANT

_____ AUTHORIZED SIGNATURE

PART 1 - ISSUING OFFICE FILE COPY    PART 2 - CUSTOMER COPY