UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
SECURITIES AND EXCHANGE COMMISSION, )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )
                                    )
SG LIMITED d/b/a STOCKGENERATION,   )     CIVIL ACTION
                                    )     NO. 00-11141-GAO
    Defendant,                      )
                                    )
and                                 )
                                    )
SG PERFECT LIMITED and SG TRADING LIMITED, )
                                    )
    Relief Defendants.               )
_____)

### ORDER ON RECEIVER'S FINAL APPLICATION FOR APPROVAL OF PAYMENTS TO CLAIMANTS AND OF RECEIVER'S FEES

Having reviewed the Receiver's Final Report and exhibits thereto and the accompanying Affidavit of Paul Mulholland, dated August 12, 2004, and the exhibits thereto, the Court hereby orders as follows:

1. The Receiver is directed to make payment from the Escrow Fund of the untimely, but otherwise valid, claims listed in paragraph 6 of the Mulholland Affidavit, with two percent interest.

2. The Receiver is directed to make payment from the Escrow Fund of the untimely, but otherwise valid, claim listed in paragraph 8 of the Mulholland Affidavit, with two percent interest.

3. The Court approves the interim fee application of Yurko & Salvesen, P.C. in the amount of $6,110 in fees and $45.06 in disbursements and directs the Receiver to pay such amounts out of the Escrow Fund.

4. The Court approves the interim fee application of Strategic Claims Services in the amount of $16,523.75 in fees and $994.00 in disbursements and directs the Receiver to pay such amounts out of the Escrow Fund.

5. The Receiver is directed to make payment from the Escrow Fund of $6,000 for federal and state tax preparation and filing fees of Paul Mulholland, CPA upon presentation of appropriate invoices and confirmation that the services covered by the invoices were performed. To the extent that such invoices have not been paid prior to the Receiver filing a Notice of Termination of the Receivership in accordance with this Court's previous orders, the Receiver is directed to transfer funds from the Escrow Fund to his attorney escrow account sufficient to pay the invoices.

DONE AND ORDERED AT BOSTON, MASSACHUSETTS, this 7th day of December, 2004.

_____
UNITED STATES DISTRICT JUDGE

2