UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 14 P 3: 17

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SG LIMITED d/b/a STOCKGENERATION, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>SG PERFECT LIMITED and SG TRADING LIMITED, )<br>)<br>Relief Defendants. )<br>_____) | CIVIL ACTION<br>NO. 00-11141-GAO |

## NOTICE OF TERMINATION OF RECEIVERSHIP

Please take notice that the receivership created pursuant to this Court's September 4, 2003 Order For Appointment of Receiver and Approval of Distribution Plan is hereby terminated in accordance with the provisions of that Order.

Respectfully submitted,

Richard J. Yurko, Receiver
YURKO & SALVESEN, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108-2603
(617) 723-6900

Dated: March 11, 2005

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail hand on _____